| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| **STATE OF MICHIGAN**<br>20th  JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | **SUMMONS** | **CASE NO.**<br>231589GCP |
|---|---|---|

| Court address | Court telephone no. |
|---|---|
| 25637 Michigan Ave, Dearborn Heights, MI 48125 | (313) 277-7480 |

**Plaintiff's name, address, and telephone no.**

JOSEPH ADAMS, JR. PERSONAL REPRESENTATIVE
ON BEHALF OF BARBARA LEE HALE

v

**Defendant's name, address, and telephone no.**

CHRYSLER/STELLANTIS         FISHER FUNERAL HOME
1000 CHRYSLER DRIVE         24501 FIVE MILE RD.
AUBURN HILLS, MI 48326      REDFORD, MI 48239

UAW
8000 E. JEFFERSON
DETROIT, MI 48214
(313) 926-5000

**Plaintiff's attorney, bar no., address, and telephone no.**

JOSEPH ADAMS, JR.
8202 N. INKSTER RD.
DEARBORN, HEIGHTS 48127
(313) 464-4003

RECEIVED MAY 2 2 2023 BY: CBoyek

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☑ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.     **SUMMONS**

**RECEIVED**
MAY 3 0 2023
**UAW Legal Dept.**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| | | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  **SUMMONS**                                 MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

| Approved, SCAO | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|
| **STATE OF MICHIGAN**<br>20th **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY PROBATE** | **COMPLAINT**<br>Page 1 of 13 pages | | **CASE NO.** |

Court address: 25637 Michigan Ave, Dearborn Heights, MI 48125

Court telephone no.: (313) 277-7480

Plaintiff's name(s), address(es), and telephone no(s).

JOSEPH ADAMS, JR. PERSONAL REPRESENTATIVE
ON BEHALF OF BARBARA LEE HALE

v

Defendant's name(s), address(es), and telephone no(s).
CHRYSLER/STELLANTIS        FISHER FUNERAL HOME
1000 CHRYSLER DRIVE        24501 FIVE MILE RD.
AUBURN HILLS, MI 48326     REDFORD, MI 48239

UAW
8000 E. JEFFERSON
DETROIT, MI 4821
(313) 926-5000

Plaintiff's attorney, bar no., address, and telephone no.

JOSEPH ADAMS, JR.
8202 N. INKSTER RD.
DEARBORN, HEIGHTS 48127
(313) 464-4003

1. I, Plaintiff, Joseph Adams, Jr. hereby brings this action against Defendants Chrysler-Stellantis, UAW and Fisher Funeral Home on behalf of Barbara Lee Hale whose now deceased. As her personal representative, I am bringing this matter to have access to all financial records, including Barbara Lee Hale's 401k Plan, complete Retirement Package, and Burial Package. I diligently attempted, in vain, to get information pertaining to these records held by these Defendants.

2. Plaintiff contacted Defendants by phone, mail, and email. Defendants indicated they were going to provide Plaintiff with certain records, but ultimately did not. Also, Plaintiff has requested the unredacted Award Letter from Fisher Funeral Home.

3. The records Defendants (Chrysler-Stellantis) provided were ambiguous, nameless and unresponsive to Plaintiff's request. See attached.

4. Plaintiff is hereby requesting that this Honorable Court compel Defendans to provide Plaintiff a copy of all financial personal records and files of Barbara Lee Hale, including her 401k, burial and benefit packages for which she worked and retired to earn for these Chrysler-Stellantis/UAW.

5. Plaintiff is also suing for seventy hundred dollars ($7,500.00) punitive damages for Defendants failure to provide the requested records.

6. That this Court grant a formal hearing so Plaintiff may be heard, along with any other relief this Court deems just and proper.

Sincerely,

Joseph Adams, Jr.
8202 N. Inkster Rd.
Dearborn Heights, MI 48127
(313) 464-4003

VERIFICATION

I, Joseph Adams, Jr. declare that the above statements are true, and correct, based on information and belief.

Date                                    Signature

MC 01a (6/19)   COMPLAINT

STATE OF MICHIGAN
20TH JUDICIAL DISTRICT COURT
COUNTY OF WAYNE

JOSEPH ADAMS, JR. PERSONAL
REPRESENTATIVE ON BEHALF
OF BARBARA LEE HALE

      Case No._____

    Plaintiff,

v.

CHRYSLER/STELLANTIS
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326
(248) 576-5741

UAW
8000 E. JEFFERSON
DETROIT, MI 48214
(313) 926-5000

FISHER FUNERAL HOME
24501 FIVE MILE RD.
REDFORD, MI 48239

    Defendant.
_____/

Joseph Adams, Jr., Pro se
8202 N. Inkster Rd.
Dearborn Heights, MI 48127
(313) 464-4003
_____/

### PROOF OF SERVICE

I, Joseph Adams, Jr., hereby declare that I served a true and correct copy of the herein complaint on each of the defendants, by certified registered mail on this_____day of May, 2023, at the above addresses accordingly.

                              Sincerely,

                              Joseph Adams, Jr.

Dated:_____

PC572d   Kwashingto   3/23/2023 9:37 AM   (i)
90

OSM CODE: LET

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF WAYNE | LETTERS OF AUTHORITY FOR<br>PERSONAL REPRESENTATIVE | FILE NO.<br>2021-864778-DE<br>Judge JUDY A. HARTSFIELD |
|---|---|---|

Estate of   Barbara Lee Hale, Decedent

TO:   Name, address, and telephone no.
Joseph Adams Jr
8202 Inkster Rd.
Dearborn Hts, MI 48127

You have been appointed and qualified as Personal Representative of the estate on           06/14/2021
                                                                                            Date

You are authorized to do and perform all acts authorized by law except as to the following:
**Restrictions:**
Real estate or ownership interests in a business entity excluded from your responsibilities in your acceptance of appointment.
Assets are not to be removed from state of Michigan without Probate Court order.
Real estate is not to be sold, purchased, mortgaged or otherwise alienated without prior Probate Court authority.

These letters expire:   **8/9/2023**
                        Date

06/14/2021                                  *Judy A. Hartsfield* (signature)
Date                                        Judge JUDY A. HARTSFIELD                    Bar no. 34025

### SEE NOTICE OF DUTIES ON SECOND PAGE

| Attorney name (type or print) | Bar no. | Attorney name (type or print) | Bar no. |
|---|---|---|---|
| Address | | Address | |
| City, state, zip | Telephone no. | City, state, zip | Telephone no. |

I certify that I have compared this copy with the original on file and that it is a correct copy of the original and on this date, these letters are in full force and effect.

03/23/2023                              *Krystal Washington* (signature)
Date                                    Deputy Probate Register

The Letters of Authority are valid only if issued with the official seal of the Wayne County Probate Court.

Do not write below this line - For court use only

MCL 700.3103; MCL 700.3307, MCL 700.3414,
MCL 700.3504, MCL 700.3601,;
MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310

PC 572 (06/16) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE

Joseph Adams Jr
8202 Inkster Rd.
Dearborn Hts, MI 48127

Apr 29 20, 12:51p　　Park Forest　　　　　　　　　　　　　　　　13132748818　　p.3

Notarial Certificate
Jurat

State of Michigan

County of Wayne

Subscribed and sworn to by Barbara Lee Hale _____ before me on this
___1___ Day of September, 20 17.
(Member name)

_____
(Notary Signature)

Notary Stamp here:

GENEVA G BLACK
Notary Public - Michigan
Wayne County
My Commission Expires Sep 29, 2020
Acting in the County of Wayne

# Michigan Statutory Will
## of
__BARBARA L HALE__
*(Print or type your full name)*

## Article 1. Declarations

This is my will and I revoke any prior wills and codicils. I live in __Wayne County__ County, Michigan.

My spouse is __N/A__
*(Insert spouse's name or write "none")*

My children now living are:

__0__

*(Insert names or write "none")*

## Article 2. Disposition of My Assets

### 2.1 CASH GIFTS TO PERSONS OR CHARITIES. (Optional)

I can leave no more than two (2) cash gifts. I make the following cash gifts to the persons or charities in the amounts stated here. Any transfer tax due upon my death shall be paid from the balance of my estate and not from these gifts.

Full name and address of person or charity to receive cash gift
*(Name only 1 person or charity here):*

__Joseph Adams J__
*(Insert name of person or charity)*

*(Insert address)*

AMOUNT OF GIFT *(In figures):* $ __All gifts__

AMOUNT OF GIFT *(In words):* __All gifts__ Dollars

__Barbara L Hale__
*(Your signature)*

25

**DATE:** May 18, 2020

**TO:** American Spirit Federal Credit Union

**FROM:** Joseph Adams, Jr.

**RE:** Barbara Lee Hale

Barbara Lee Hale died April 4, 2020, as a result of the Coronavirus. As her beneficiary I have full authority to request that this credit union close her account effective May 19, 2020, and make all the funds and proceeds of her account payable to me, Joseph Adams Jr., at my P.O. Box 401245, Redford, MI 48240. Additionally, I am requesting a statement of all deductions and withdrawals from any and all of Barbara Lee Hales accounts, checking and savings.

*Joseph Adams Jr.*
Joseph Adams, Jr.
734-772-4720

UNITED AUTOMOBILE · AEROSPACE · AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA (UAW)

**CALVIN L. YOUNG**
Union Benefits Representative

Local 1183 Retirees Hall
698 Old Baltimore Pike
Newark, DE 19702
(302) 738-9591

Chrysler Newark Assembly Office
(302) 453-5351
Pager: (302) 467-1501

01-13-2022 Death Benefits

To who is may concern, to Chrysler CEO/UAW President Curry

The nature of this letter is to have someone explain to me how retirees get no support. I received an ambiguous letter from Chrysler, didn't have no HR personnel, nobody to contact. My auntie Barbara Lee Hale, retired in 01, on a medical. She was too young to get her 401 k. Told me that she had it and she was leaving it to me. Family members were trying to steal it from me and I really believe that the company is trying to do something because I mailed a letter to Merill Lynch twice, they never responded to the letter. So I asked channel 7 News reporter to investigate and find out why I can't get my Auntie's 401 k or why the union can't get me a copy of her retirement package so that I know the life insurance that she had paid me the right amount. The life insurance should be between $ 20,000- $ 27,00 . Fisher funeral home wouldn't give me a copy of the award letter. Is something crooked with this all the way around? With all of the people in the UAW be getting charged with something? The UAW should make an effort to be above board? You would think. I'm just going by what's in the newspaper and what's in the news. Retirees should have someone to make sure the benefits are carried out. Something is wrong here.

Joseph Adams Jr./ Representative Nephew



**FIAT CHRYSLER AUTOMOBILES**

August 20, 2021

Joseph Adams
8202 N. Inkster Rd
Dearborn Heights, MI  48127

Mr. Adams:

We are in receipt of your letter dated June 21st relative to Barbara Hale.

This is in response to the Life Insurance questions (below) only.

> "What I am exactly asking for is her life insurance. How much she has at retirement and what is the lowest amount it will drop to and any other financial benefits of information that I will be entitled to."

Upon Ms. Hale's death, MetLife paid the benefit to the beneficiary of record listed at the time of her death with a portion of that paid directly to the funeral home.

If you have further questions on the Life Insurance or need the specific information, call MetLife Group Life Claims at 800-638-6420, prompt 2 and refer to claim# 22004004254.

FCA Health Care Review Committee

FCA US LLC
CIMS 485-07-26
1000 Chrysler Drive
Auburn Hills, MI 48326-2766

Monday 21st, June

FCA US LLC

1000 Chrysler Dr

Auburn Hills, MI 48326

To whom this may concern:

I am writing on behalf of Barbara Lee Hale, requesting her necessary information about her 401K/trust. I am the one that is entitled to it. I have the letter of authority; I like for Chrysler to provide all the documentation necessary to secure it. I also would like for Chrysler to get me a copy of all the paperwork that my aunt signed at retirement. What I am exactly asking for is her life insurance. How much she has at retirement and what is the lowest amount it will drop to and any other financial benefits of information that I will be entitled to. She retired from the Delaware location, which is since been closed. The union will not provide me with no information but being that I have the authority through the court. I am requesting this through Chrysler. Also, Merrill Lynch did not offer me any information.

Yours truly

Joseph Adams JR, Nephew of the late Barbara Lee Hale

8202 N Inkster RD

Dearborn heights, MI 48127

01/11/2022

## CHRYSLER PENSION/401K

To Who it may Concern

I would like you to investigate this matter they do not want to give me the right amount of insurance my auntie died 4/4/2020 she was a chrysler employee MET LIFE was the insurance carrier, they gave me $16,000, my auntie should have had $20,000 to $27,000. They have been playing with the 401K, I think is with the UAW and Merrill Lynch, they told me that she took out in 2001 and my name wasn't on it.

The real problem is family members stole the paper work trying to steal the 401K so I'm writing you as a reporter and investigator hoping you will make a call about the 401K and the Life Insurance, It dropped down to a certain point and a cap meaning this is low as it goes.

Thank you for your help, I have been trying everything that I know to get chrysler to send me all of my auntie employment records on her benefits I got the paper work from the court and she didn't have kids all her siblings are dead and she willed everything to me.

You have my full permission to investigate this.

Thank you and best regards
Joseph Adams
8202 Inkster Road
Dearborne Heights MI 48127



# COUNTY OF WAYNE

LF 2607
CF

**STATE OF MICHIGAN**
DEPARTMENT OF HEALTH AND HUMAN SERVICES
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 232420

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. DATE OF BIRTH | 3. SEX | 4. DATE OF DEATH |
|---|---|---|---|
| Barbara Lee Hale | September 24, 1945 | Female | April 04, 2020 |

5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS

| 6a. AGE- Last Birthday (Years) | 6b. UNDER 1 YEAR | | 6c. UNDER 1 DAY | |
|---|---|---|---|---|
| 74 | MONTHS | DAYS | HOURS | MINUTES |

| 7a. LOCATION OF DEATH | 7b. CITY, VILLAGE OR TOWNSHIP OF DEATH | 7c. COUNTY OF DEATH |
|---|---|---|
| Ascension St. John Hospital | Detroit | Wayne |

| 8a. CURRENT RESIDENCE - STATE | 8b. COUNTY | 8c. LOCALITY | 8d. STREET AND NUMBER |
|---|---|---|---|
| Michigan | Wayne | Detroit | 5908 Belvidere Street |

| 8e. ZIP CODE | 9. BIRTH PLACE | 10. SOCIAL SECURITY NUMBER | 11. DECEDENT'S EDUCATION |
|---|---|---|---|
| 48213 | Detroit, Michigan | 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 | High school graduate |

| 12. RACE | 13a. ANCESTRY | 13b. HISPANIC ORIGIN | 14. EVER IN THE U.S. ARMED FORCES? |
|---|---|---|---|
| Black | African-American | No | No |

| 15. USUAL OCCUPATION | 16. KIND OF BUSINESS OR INDUSTRY | 17. MARITAL STATUS | 18. NAME OF SURVIVING SPOUSE |
|---|---|---|---|
| Laborer | Automotive | Divorced | |

| 19. FATHER'S NAME (First, Middle, Last) | 20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last) |
|---|---|
| Robert Plumer | Magnolia Hale |

| 21a. INFORMANT'S NAME | 21b. RELATIONSHIP TO DECEDENT | 21c. MAILING ADDRESS |
|---|---|---|
| Joseph Adams | Nephew | 23774 west Warren, Dearborn Heights, Michigan 48213 |

| 22. METHOD OF DISPOSITION | 23a. PLACE OF DISPOSITION | 23b. LOCATION City or Village State |
|---|---|---|
| Burial | Lincoln Memorial Park Cemetery | Clinton Twp, Michigan |

| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | 25. LICENSE NUMBER | 26. NAME AND ADDRESS OF FUNERAL FACILITY |
|---|---|---|
| Michael J. Fisher | 4501006375 | Fisher Funeral Home & Cremation Services, Inc., 24501 Five Mile Road, Redford, Michigan 48239 |

27a. CERTIFIER
☒ Certifying Physician - To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
Signature and: Keith Bellovich, DO

| 28a. ACTUAL OR PRESUMED TIME OF DEATH | 28b. PRONOUNCED DEAD ON | 28c. TIME PRONOUNCED DEAD |
|---|---|---|
| 02:45 AM | April 04, 2020 | 02:45 AM |

| 29. MEDICAL EXAMINER CONTACTED | 30. PLACE OF DEATH | 31. IF HOSPITAL |
|---|---|---|
| No | Hospital | Inpatient |

| 27b. DATE SIGNED | 27c. LICENSE NUMBER | 32. MEDICAL EXAMINER'S CASE NUMBER | 33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER |
|---|---|---|---|
| April 21, 2020 | 5101010613 | | |

34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN
Keith Bellovich, DO, 22201 Moross Road, suite 450, Detroit, Michigan 48236

| 35a. REGISTRAR'S SIGNATURE | 35b. DATE FILED |
|---|---|
| [signature] | April 22, 2020 |

36. PART I. ENTER the chain of events, diseases, injuries or complications - that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. Enter only one cause on line.

a. Viral Pneumonia Due to COVID-19

Approximate Interval Between Onset and Death: days

PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I

| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE |
|---|---|
| ☐ Yes ☐ Probably ☒ No ☐ Unknown | ☒ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Unknown if pregnant within the past year |

| 39. MANNER OF DEATH | 40a. WAS AN AUTOPSY PERFORMED? | 40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|
| | | |


DaimlerChrysler Corporation

Chrysler–UAW

Retirement Plan

Pension Election Form

000126
BARBARA L. HALE
P.O. BOX 9863
WILMINGTON DE    19809

Statement Date 05-16-2001
Soc. Sec. Num. ███████

The following monthly payment options describe benefits payable starting on August 1, 2001.

In addition to initialing the payment option you select, you MUST sign the signature line at the end of this form for your elections to become effective.

Please select one of the payment options below.

Initial here _BLH_ to elect the Lifetime Annuity Without Surviving Spouse Option.

| Plan | 08-01-2001 | 11-01-2007 |
|---|---|---|
| **Chrysler–UAW** | | |
| Basic Pension Benefit | $908.44 | $997.69 |
| Temporary Benefit | $859.56 | $0.00 |
| Total Chrysler–UAW Benefit | $1,768.00 | $997.69 |

**Your Signature**

Your signature below certifies that you received the Pension Application, this Pension Election Form, the Payment Option Descriptions, the Calculation Statement, and that you are electing to begin benefits now, in the option you initialed, and if applicable, with the beneficiary shown above. This election can be changed up to the last business day before your pension start date and cancels any prior election made under the plan.

_Barbara L Hale_                                          6-29-2001
Signature of Applicant                                    Date

_[signature]_                    1183                     6-29-01
Union Plant Retirement Committee Member    Union Local No.   Date

_Karen Williams_                                          6-29-01
DaimlerChrysler Corporation Plant Retirement Representative   Date

# Stellantis names former GM executive Tobin Williams to HR leadership


**Breana Noble**
The Detroit News
**View Comments**

Jeep maker Stellantis NV has named a former General Motors Co. executive as its senior vice president for human resources in North America.

Tobin Williams is responsible for leading a regional team focused on human resources strategy, talent and leadership development. His appointment comes at a critical time for the automaker as it battles in the competitive labor market for workers in its plants and grows its software team to create connected vehicles of the future.





April 25, 2020

**Personal and Confidential**

THE ESTATE OF BARBARA HALE
11419 SAINT PATRICK ST
DETROIT, MI 48205

Re: **BARBARA HALE – Pension Benefits Payable from FCA US LLC**

To Whom It May Concern,

We extend our sincere condolences for the death of BARBARA HALE, who passed away on April 4, 2020.

At the time of BARBARA HALE's benefit commencement he/she elected the Lifetime Annuity without Survivor Spouse Option form of payment. According to this form of payment, there are no further pension benefits to be paid.

The final monthly payment(s) due to be paid to BARBARA HALE were dated on or near his/her date of death. The Trustee will attempt to reclaim any payments made after the date of death by retrieving any amounts from the account into which they were direct deposited or by stopping payment on any uncashed checks. If the reclaim of overpayment is not successful, you will be contacted regarding payment arrangements.

If you have not already done so, please submit a copy of the death certificate to us at the address below:

Benefit Connect Service Center
DEPT: FCA
PO BOX 981910
EL PASO, TX 79998

If you have any questions about this information, please call the Benefit Connect Service Center at 1-888-409-3300.

Sincerely,

Benefit Connect Service Center

---

BARBARA HALE
162230

Page 1 of 1

Retiree Death Benefits Ceased Letter

## FORM 16B

*Courts of Justice Act*

## AFFIDAVIT OF SERVICE

I, **Joseph Adams, Jr.,** of Dearborn Heights, Michigan, in the County of Wayne, State of Michigan, United States, MAKE OATH AND SAY *(or AFFIRM)*:

1. On January 31, 2023, at 1:00pm, I served,

| | |
|---|---|
| The Crown Law Office – Civil McMurtry-Scott Building, 8th Floor, 720 Bay Street, Toranto, Ontario, M7A 2S9 | Constitutional Law Branch McMurtry-Scott Building 4th Floor – 720 Bay Street Toronto, Ontario M7A 2S9 |

by mailing a copy of Plaintiff's Joseph Adam's Reply To Defendant's Statement of Defence, by United States Postal Service, registered mail, at the above addresses by Registered Certified Mail.

***Sworn* or *Affirmed* before me:** in person

***Complete if affidavit is being sworn or affirmed in person:***

at the city of *Livonia, County of Wayne, State of Michigan*, on *January 31, 2023*.

_____
Signature Deponent

_____
*Signature of Commissioner/Notary Public*

RCP-E 16B (February 1, 2021)